Dismissed and Opinion Filed November 14, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01188-CR

## CALEB OUKU WATKINS, APPELLANT

## V.

## THE STATE OF TEXAS, APPELLEE

**On Appeal from the Criminal District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-64294-H**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47